1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8              THE EASTERN DISTRICT OF CALIFORNIA

9                          AT FRESNO

10  GLENN KONVOLINKA        )
                            )    Civil Action No. 1:04-CV-6467-REC-TAG
11                          )
          Plaintiff,        )    STIPULATION AND ORDER
12                          )
    vs.                     )
13                          )
    JO ANNE B. BARNHART,    )
14  Commissioner of Social  )
    Security,               )
15                          )
          Defendant.        )
16  _____)

17

18       IT IS HEREBY STIPULATED by and between the parties as follows: that

19  appellant be granted a 60 day extension of time, until August 4, 2005, in which to file and

20  serve Plaintiff's Opening brief due to attorney's case load.  All remaining actions under the

21  scheduling order filed, October 27, 2005, shall proceed under the time limit guidelines set

22  therein.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1    Dated:  June 6, 2005                    /s/ Gina Fazio

2                                            GINA FAZIO,
                                             Attorney for Plaintiff.
3
     Dated: June 7, 2005
4                                            MCGREGOR SCOTT
                                             United States Attorney
5
                                             By: /s/ Kristi C. Kapetan
6                                            (as authorized via facsimile)
                                             KRISTI C. KAPETAN
7                                            Assistant U.S. Attorney

8

9
     IT IS SO ORDERED.
10
     **Dated:    June 29, 2005**             _____/s/ Theresa A. Goldner_____
11   j6eb3d                                  UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28