UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN KONVOLINKA,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:04-cv-6467 REC TAG<br><br>**ORDER REQUIRING COMPLIANCE<br>WITH SCHEDULING ORDER** |

Plaintiff Glenn Konvolinka ("plaintiff") seeks judicial review of an administrative decision denying his claim for disability benefits under the Social Security Act. Pending before the Court is plaintiff's appeal from the administrative decision of the Commissioner of Social Security ("Commissioner").

On August 4, 2005, plaintiff filed an Opening Brief, which the Court has reviewed. (Court Doc. 15). The Court finds that plaintiff's Opening Brief fails to substantially comply with the directives set forth in paragraph 11 of the Court's October 27, 2004 Scheduling Order. (Court Doc. 4, pp. 3-4)

Accordingly, this Court ORDERS plaintiff, no later than September 9, 2005, to file and serve an Amended Opening Brief that complies with the requirements set forth in paragraph 11 of the October 27, 2004 Scheduling Order.

///

///

1  The Commissioner need not respond to the opening brief that plaintiff initially filed on August 4, 2005, but, unless otherwise ordered by the Court, the Commissioner must respond to plaintiff's Amended Opening Brief by filing a responsive brief no later than thirty (30) days after the date of service of plaintiff's Amended Opening Brief.  All other deadlines set forth in the Court's October 27, 2004 Scheduling Order shall apply.

Plaintiff is forewarned that failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

**This Court admonishes plaintiff that failure to comply timely with this order and to file an Amended Opening Brief that complies with the requirements of paragraph 11 of the Scheduling Order will result in this Court's recommendation to the District Court that this action be DISMISSED for plaintiff's failure to comply with an order of the Court.**

IT IS SO ORDERED.

**Dated:   August 11, 2005**                              /s/ Theresa A. Goldner
j6eb3d                                                   UNITED STATES MAGISTRATE JUDGE