# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN KONVOLINKA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | Case No. 04-cv-06467 LJO TAG<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT<br>(Doc. 23)<br><br>ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR DEFENDANT MICHAEL J. ASTRUE AND AGAINST PLAINTIFF GLENN KONVOLINKA |

      Plaintiff Glenn Konvolinka ("Plaintiff"), through counsel, filed a complaint seeking judicial review of an administrative decision denying his claim for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401 et seq. (Doc. 1). The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

      On February 16, 2007, the Magistrate Judge filed a report and recommendation, which was served on the parties and contained notice that any objections to the report and recommendation were to be filed within ten (10) court days of the date of service. The parties have not filed any objections.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the report and recommendation filed on February 16, 2007, to be supported by the record and by the Magistrate Judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The report and recommendation, filed February 16, 2007 (Doc. 23), is ADOPTED IN FULL; and
2. Plaintiff's complaint (Doc. 1) is DENIED; and
3. The Clerk of Court is DIRECTED to enter judgment for defendant Michael J. Astrue and against plaintiff Glenn Konvolinka, and to close this action.

IT IS SO ORDERED.

**Dated:   March 8, 2007**                             /s/ Lawrence J. O'Neill
b9ed48                                           UNITED STATES DISTRICT JUDGE